Raymond O. Piper, Appellant, v. Dowell, Incorporated, Appellee.
Coleman Rodgers, Appellant, v. Dowell, Incorporated, Appellee.

Term No. 47,026.

opinion filed January 26, 1948; released for publication February 26, 1948. Laurence L. Arnold and A. J. McMahan, for appellants; Donovan D. McCarty and Robert M. Wham, for appellee. Opinion by PRESIDING JUSTICE BARTLEY. **Not to be published in full.**

Fred E. Hummel, Trustee in Bankruptcy of Estate of Dorothea W. Huszagh, Bankrupt, Appellant, v. James R. Cardwell et al., Trustee under the Last Will and Testament of Frederick H. Wickett, Deceased et al., Appellees.

Gen. No. 10,183.